HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
SAVANNAH NOEL POGUE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. Cr. S. 2:25-cr-00176-DAD |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER GRANTING EARLY TERMINATION OF PROBATION |
| SAVANNAH NOEL POGUE, | ) |
| Defendant. | ) Judge: Hon. Dale A. Drozd |

Pursuant to 18 U.S.C. § 3564(c), the Court hereby TERMINATES the term of probation imposed in the above-noted case and discharges Ms. Pogue for the reasons set forth in her unopposed Motion. In addition, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **December 8, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE